# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-7042**                  **September Term, 2016**

1:10-cv-01261-ESH-AK

Filed On: September 6, 2016 [1633933]

David L. De Csepel, et al.,

    Appellees

    v.

Republic of Hungary, a foreign state, et al.,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule be suspended pending further order of the court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                John J. Accursio
                Deputy Clerk