# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 16-7042 | September Term, 2016 |
| | 1:10-cv-01261-ESH-AK |

Filed On: October 13, 2016 [1640835]

David L. De Csepel, et al.,

    Appellees

    v.

Republic of Hungary, a foreign state, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion to amend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | October 28, 2016 (unchanged) |
| Appellees' Brief | December 12, 2016 (unchanged) |
| Appellants' Reply Brief | January 13, 2017 |
| Deferred Appendix | January 24, 2017 |
| Final Briefs | February 3, 2017 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk